In the Matter of EMANUEL A. TOWNS (Admitted as EMANUEL ALEXANDER TOWNS), an Attorney, Appellant. GRIEVANCE COMMITTEE FOR THE TENTH JUDICIAL DISTRICT, Respondent.

Decided September 21, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

Judge JONES taking no part.

In the Matter of ROBERT WOOLEY, Appellant, v NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES, Respondent.

Submitted August 16, 2010; decided September 21, 2010

Motion for reargument denied [see 15 NY3d 275 (2010)].